UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CARTER, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04676-DOC (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　　　On May 22, 2025, the Court received from plaintiff, Michael Taylor ("Plaintiff"), proceeding pro se, a Civil Rights Complaint against Judge Michael Carter, Danielle Bell and Los Angeles County. Plaintiff also filed an Application to Proceed in Forma Pauperis which was granted on June 10, 2025. On May 28, 2025, the Court filed its Notice of Judge Assignment and Reference to a United States Magistrate Judge ("Notice"). (Docket No. 4).

　　　　On July 23, 2025, the Court received its Notice returned from the institution marked as "Return to Sender Not Deliverable as Addressed Unable to Forward." (Docket No. 7).

///

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **August 26, 2025.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: July 30, 2025

_____
DAVID T. BRISTOW
United States Magistrate Judge