JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MICHAEL TAYLOR, | Case No. 2:25-cv-04676-DOC (DTB) |
|---|---|
| Plaintiff, | **J U D G M E N T** |
| v. | |
| MICHAEL CARTER, et al, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 31, 2025

_____
DAVID O. CARTER
United States District Judge